UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80686-CIV-CANNON

**BROOKLYNNE STRANGE,**

 Plaintiff,

v.

**SUNDANCE HOLDINGS GROUP, LLC,**

 Defendant.
_____/

<u>**ORDER CLOSING CASE**</u>

 **THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed on June 19, 2025 [ECF No. 10]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITH PREJUDICE** against Defendant, effective June 19, 2025, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 10]. Each side shall bear its own costs and fees. The Clerk of Court shall **CLOSE** this case.

 **ORDERED** in Chambers at Fort Pierce, Florida, this 23rd day of June 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record